

# NUMBER 13-18-00088-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**EDDIE DE LEON,**                                                                 **Appellant,**

**v.**

**FEDERAL NATIONAL
MORTGAGE ASSOCIATION
A/K/A FANNIE MAE,**                                                          **Appellee.**

---

### On appeal from the County Court at Law No. 4
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion by Chief Justice Valdez**

Appellant, Eddie Deleon, filed an appeal from a judgment entered by the County Court at Law No. 4 of Hidalgo County, Texas, in cause number CL-17-3132-D. Appellant has filed an unopposed motion to dismiss the appeal on grounds there has been an

agreement as to the resolution of the case; therefore, the appeal has now become moot. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

<u>**/s/ Rogelio Valdez**</u>
ROGELIO VALDEZ
Chief Justice

Delivered and filed the
30th day of August, 2018.